UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

James Keye

                    Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

  -CR-    (   ) (   )

21 mj 9450

Defendant ___James Keye_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_x_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_James Keye_ (During a phone call on September 30, 2021, Mr. Keye authorized Benjamin Gold to affix his electronic signature on this form)
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Ben G_
_____
Defendant's Counsel's Signature

James Keye
_____
Print Defendant's Name

Benjamin Gold
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/30/2021
_____
Date

_Judith C. McCarthy_
_____
U.S. District Judge/U.S. Magistrate Judge